# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSMOTICA PHARMACEUTICAL US LLC and VERTICAL PHARMACEUTICALS, LLC, *Plaintiffs*, v. ADAMAS PHARMACEUTICALS, INC. and ADAMAS PHARMA, LLC, *Defendants*. | Civil Action No. 18-278-CFC  REDACTED VERSION |

## LETTER TO THE HONORABLE COLM F. CONNOLLY FROM ADAM W. POFF REGARDING JOINT STATUS REPORT

Dated: August 18, 2020

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Adam W. Poff (#3990)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiffs Osmotica Pharmaceutical US LLC and Vertical Pharmaceuticals, LLC*



**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
F 302.576.3326
apoff@ycst.com

August 18, 2020

<u>VIA CM/ECF</u>

The Honorable Colm F. Connolly
for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

      Re: *Osmotica Pharmaceutical US LLC, et al. v. Adamas Pharmaceuticals, Inc,. et al.,*
        C.A. No. 18-278-CFC

Dear Judge Connolly:

    We represent Plaintiffs Osmotica Pharmaceutical US LLC and Vertical Pharmaceuticals, LLC in the above-captioned matter, which the Court stayed on May 23, 2019 (D.I. 88) at the parties' joint request. We submit this letter jointly with counsel for Defendants Adamas Pharmaceuticals, Inc. and Adamas Pharma, LLC ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The parties will submit the next joint status report on September 1, 2020 pursuant to the Court's May 23 Order (D.I. 88) staying the case.

                                                  Respectfully submitted,

                                                  */s/ Adam W. Poff*

                                                  Adam W. Poff (No. 3990)

cc:   All Counsel of Record via e-mail

26848110.1

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253    YoungConaway.com