# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSMOTICA PHARMACEUTICAL US LLC and VERTICAL PHARMACEUTICALS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADAMAS PHARMACEUTICALS, INC. and ADAMAS PHARMA, LLC,<br><br>*Defendants*. | Civil Action No. 18-278-CFC<br><br>REDACTED VERSION |

## JOINT STATUS LETTER

MORRIS, NICHOLS, ARSHT &TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Adamas Pharmaceuticals, Inc. and Adamas Pharma, LLC*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Adam W. Poff (#3990)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiffs Osmotica Pharmaceutical US LLC and Vertical Pharmaceuticals, LLC*

Dated: September 24, 2020



September 24, 2020

VIA CM/ECF

The Honorable Colm F. Connolly
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

      Re: *Osmotica Pharmaceutical US LLC, et al. v. Adamas Pharmaceuticals, Inc,. et al.,*
         C.A. No. 18-278-CFC

Dear Judge Connolly:

    We represent Plaintiffs Osmotica Pharmaceutical US LLC and Vertical Pharmaceuticals, LLC in the above-captioned matter, which the Court stayed on May 23, 2019 (D.I. 88) at the parties' joint request. We submit this letter jointly with counsel for Defendants Adamas Pharmaceuticals, Inc. and Adamas Pharma, LLC ██████████████████████████████████████

██████████████████████████████████████████████████████████████

██████ The parties will submit the next joint status report on October 8, 2020 pursuant to the Court's May 23 Order (D.I. 88) staying the case.

                                        Respectfully submitted,

                                        */s/ Adam W. Poff*

                                        Adam W. Poff (No. 3990)

cc:    All Counsel of Record via e-mail

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P 302.571.6600   F 302.571.1253   YoungConaway.com